In the Matter of the Accounting of WALTER G. ZIMMER, as Executor of HENRY J. ZIMMER, Deceased, Respondent. HILDA B. MOLONEY, Appellant.

Submitted May 16, 1949; decided May 26, 1949.

*J. Frank Traynor* for motion.

No one opposed.

Motion granted and appeal dismissed, with costs and $10 costs of motion, unless, within ten days from the date of service upon the attorney for the appellant of a copy of the order made upon this motion, together with notice of entry thereof, the appellant files and serves the undertaking on appeal and pays $10 costs, in which event motion denied.